UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAC PRODUCTS, INC.,

Plaintiff,

v.

Case No. 26-cv-12521
Hon. Matthew F. Leitman

METEOR SEALING SYSTEMS, LLC,

Defendant.

______________________________________________________________/

**ORDER CONCERNING POSSIBLE AGREED TRANSFER OF TOOLING**

On August 4, 2026, the Court held a hearing on Plaintiff JAC Products, Inc.'s Motion for Order of Immediate Possession and Temporary Restraining Order (ECF No. 3). For the reasons explained on the record, representatives of the parties shall meet and confer in-person on the site where the Tooling is being stored as soon as possible, but not later than close of business on **August 12, 2026**. The representatives shall work together to agree on an inventory of Tooling at issue in this case. Once the inventory is identified, JAC Products, Inc. shall attempt to provide documentation showing that it owns or has a right to possession of the Tooling. The parties shall also explore the possibility of JAC Products, Inc. agreeing to indemnify Defendant Meteor Sealing Systems, LLC in exchange for immediate possession of the Tooling. In the event that the parties cannot agree on conditions for return of the Tooling to JAC Products, Inc., the parties shall return to the Court

for a continued hearing on the Motion on **Thursday, August 20th, 2026, at 1:30pm EST**. The hearing shall be conducted remotely by Zoom.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 4, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 4, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126